AMERICAN BANK & TRUST COMPANY OF
PENNSYLVANIA v. FRANK W. LOTT.

May 22, 1984.

Leave to appeal is granted.   (See 193 *N.J.Super.* 516)


STATE OF NEW JERSEY v. ROBERT RELDAN.

May 22, 1984.

Leave to appeal is granted.


CHARLES ROY CASPER v. ATLANTIC CITY ELECTRIC CO.

May 24, 1984.

Petition for certification denied.


ALBERT F. MCMILLIN v. EXXON COMPANY, U.S.A.

May 24, 1984.

Petition for certification denied.